IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS PEREZ,

    Plaintiff,                            1: 07 CV 0720 AWI WMW PC

    vs.                                  ORDER RE: FINDINGS &
                                          RECOMMENDATIONS (#13)

MS. SEVERSON,                   ORDER DISMISSING ACTION

    Defendant.

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On August 11, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted.   Plaintiff was provided an opportunity to file objections within twenty days.   Plaintiff has not  filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1  proper analysis.

2          Accordingly, THE COURT HEREBY ORDERS that:

3      1.    The Findings and Recommendations issued by the Magistrate Judge on

4          August 11, 2008, are adopted in full; and

5      2.    This action is dismissed for failure to state a claim upon which relief can

6          be granted. The Clerk is directed to close this case.

7

8  IT IS SO ORDERED.

9  **Dated:  September 6, 2008**          /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE